# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

SCOTTIE DWAYNE BOWIE

NO. 2020 KW 0652

**OCTOBER 26,2020**

---

In Re:   Scottie Dwayne Bowie, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 725486.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED.**

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT